UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21379-CIV-COHN/SELTZER

DOMINGO DIAZ, and others
similarly situated,

      Plaintiff,

vs.

SOLMAR RESTAURANT, INC.,
a Florida corporation and PERFECTO
OLIVEIRA, individually,

      Defendants.
_____/

```
FILED by _____ D.C.

   JUN 1 8 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.
```

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on June 18, 2008, before the undersigned. Trial in this cause is set for the two-week trial period commencing November 17, 2008. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties exchange Rule 26(a) Disclosures | June 27, 2008 |
| Joinder of Parties and Amendment of Pleadings | July 18, 2008 |
| Fact Discovery Completed | August 22, 2008 |
| All Expert Discovery Completed | September 19, 2008 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | September 19, 2008 |
| Mediation Must Be Completed | October 17, 2008 |
| Motions In Limine | October 31, 2008 |

| | |
|---|---|
| Joint Pretrial Stipulation and Designation of Deposition Excerpts for Trial | November 7, 2008 |
| Submission of Voir Dire Questions and Objections to Deposition Designations | Day of Calendar Call (November 13, 2008) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of June 2008.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record and
unrepresented parties