UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21379-CIV-SELTZER

CONSENT CASE

DOMINGO DIAZ, and others
similarly situated,

    Plaintiff,

vs.

SOLMAR RESTURANT, INC.
a Florida corporation, and
PERFECTO OLIVEIRA, individually,

    Defendant.
_____/

FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon the Court's Order Granting Plaintiff's Modified Motion for Entry of Default Final Judgment and Granting in Part Plaintiff's Verified Motion for Award of Attorney's Fees and Reasonable Costs of Litigation (DE 83). Accordingly, it is hereby ORDERED as follows:

1.    Final Default Judgment is entered in favor of Plaintiff Domingo Diaz and against Defendant Solmar Restaurant, Inc. and Defendant Perfecto Oliveira as to all counts in the Amended Complaint.

2.    Plaintiff Domingo Diaz shall recover from Defendant Solmar Restaurant, Inc. and Defendant Perfecto Oliveira, jointly and severally, the total sum of $61,753.84 – composed of $23,779.42 in actual damages, $23,779.42 in liquidated damages, $13,680.00 in attorneys' fees and $515.00 in costs – which shall bear interest at the rate of 0.49% per annum from the date of this Judgment, for which let execution issue.

    3.    Plaintiff's attorney, Edilberto Marban, is DIRECTED to deliver (by certified mail) a copy of this Order to both Defendants

    4.    All pending motions are DENIED as MOOT.

    5.    The Clerk shall close this case.

DONE AND ORDERED in Fort Lauderdale, Florida, this 7th day of August 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished to:

Eddy O. Marban, Esq.

Solmar Restaurant, Inc.
c/o Perfecto Oliveira
8469 S.W. 40th Street
Miami, Florida 33155

Perfecto Oliveira
8469 S.W. 40th Street
Miami, Florida 33155